IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MAINE

VASYL CHUBIRKO

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

-against-

SEE ATTACHED

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED AND FILED

**Complaint for a Civil Case**

MAR 9 2026

Civil No. JENNIFER P. LYONS, CLERK
*(to be filled in by the Clerk's Office)*
DEPUTY CLERK

Jury Trial:   ☐ Yes   ☐ No
*(check one)*

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | VASYL CHUBIRKO |
| Street Address | 40 WESTERN AVE |
| City and County | AUGUSTA, KENNEBECK |
| State and Zip Code | MAINE, 04330 |
| Telephone Number | 835-235-6830 |
| E-mail Address | UBCAPPLE7@ICLOUD.COM |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

**Defendant No. 1**

| | |
|---|---|
| Name | UPPER CHICHESTER TOWNSHIP POLICE DEP. |
| Job or Title (if known) | SERGEANT JASON YALETCHKO #31 |
| Street Address | 8400 FUREY ROAD, |
| City and County | BOOTHWYN, DELAWARE |
| State and Zip Code | PA, 19061 |
| Telephone Number | (610) 485-8400 |
| E-mail Address (if known) | IYALETCHKO@UCTPD.ORG |

**Defendant No. 2**

| | |
|---|---|
| Name | MERCY ONE ELKADER MEDICAL CENTER |
| Job or Title (if known) | |
| Street Address | 901 DAVIDSON St |
| City and County | ELKADER, CLAYTON |

| | |
|---|---|
| State and Zip Code | IOWA, 52043 |
| Telephone Number | (563) 245-7000 |
| E-mail Address (if known) | |

Defendant No. 3

| | |
|---|---|
| Name | MONONA POLICE DEPARTMENT |
| Job or Title (if known) | AUSTIN WILLE |
| Street Address | 104 E CENTER St |
| City and County | MONONA, CLAYTON |
| State and Zip Code | IOWA, 52159 |
| Telephone Number | |
| E-mail Address (if known) | A.WILLE@MONONAIOWA.COM |

Defendant No. 4

| | |
|---|---|
| Name | AUGUSTA POLICE DEPARTMENT |
| Job or Title (if known) | SERGEANT DONALD WHITTEN |
| Street Address | 7 WILLOW St |
| City and County | AUGUSTA, KENNEBECK |
| State and Zip Code | MAINE, 04330 |
| Telephone Number | |
| E-mail Address (if known) | |

AUGUSTA FAMILY MEDICINE
KEVIN RWIGAMBA, MD
15 ENTERPRISE DRIVE

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

AUGUSTA, KENNEBECK
MAINE, 04330

What is the basis for federal court jurisdiction? *(check all that apply)*

☑ Federal question                    ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

HUMAN RIGHTS, HIIPA, LAW ENFORCEMENT INACTION, HEALTH PROVIDERS INACTION

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

   a. If the plaintiff is an individual

   The plaintiff, *(name)* VASYL CHUBIRKO, is a citizen of the State of *(name)* UKRAINE.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual

   The defendant, *(name)* _____, is a citizen of the State of *(name)* PA _____. Or is a citizen of *(foreign nation)* _____.

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* PA, IA, ME _____. *Or is* incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy—the amount the plaintiff claims the defendant owes or the amount at stake—is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____
_____
_____

## III.    Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

….

IV.    **Relief**

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

V.    **Closing**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 03/09, 2026.

Signature of Plaintiff    _[signature]_

Printed Name of Plaintiff    VASYL CHUBIRKO

U.S. DISTRICT COURT
DISTRICT OF MAINE
PORTLAND
RECEIVED AND FILED

MAR 9 2026

JENNIFER P. LYONS, CLERK
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

FROM: Vasyl Chubirko

40 Western Ave, Augusta, ME, 04330

Email: ubcapple7@icloud.com

Phone number: 835-235-6830

My name is Vasyl Chubirko, im Ukrainian asylum seeker in US, birth date 09/07/1980, Foreign Passport Number FG689532 Ukraine, USCIS A-Number A232917039, Form I-94 Admission Number 553133442A3, SSN 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, 40 Western Ave, Augusta, ME, 04330 (Proof 01).

In Ukraine for the last 20 years I was engaged in construction, my specialization was the renovation and restoration of architectural monuments, castles, cathedrals and damaged buildings. I was a single-owner of a construction company "UBC Ukraine". My opinion on any issue in construction could be considered as an expert in Ukraine. I left Ukraine after receiving death threats and after an incident when one morning I found a package that looked like an explosive under my car and later discovered that the lugs on my front left wheel had been cut. That day, at high speed, I almost crashed into a metal fence on the highway. Also earlier, 08/07/2020 two bodybuilders interfered with my house and assaulted my guard, a military veteran, breaking his bones, ribs and jaw. All kinds of treatment in the emergency intensive department, surgeon, implants, was paid for by me. A criminal case was registered 08/07/2020 but never investigated or prosecuted. A few months previously 04/14/2020 Ukrainian media "Enigma" with almost 20000 followers shared a public post by a Ukrainian lawyer who posted threats to me in murder, get all my money on my accounts, my business, my property and dissect my head due to my political opinion I posted on my Facebook page, link of posted threats: https://enigma.club/articles/portret-debila. And at the same time an officer of SBU (Secret Service Ukraine) called me and said another threat: if I continued to post my political opinion on my Facebook page I would be in big trouble and lose all I had. Those threats were never investigated or prosecuted but now all threats are done in Ukraine and in the US. In the period June-December, 2025 I became homeless, I lost my business, money and house. In Ukraine in the period 2020-2022 I have lost my business, money and house (Proof 02).

I'm legally working and based on my small business in the US. In the first year of 2024 I have done 118,458 USD and have paid all taxes. In the period 2024-2025 I have paid road tolls above 11,850 USD and car registration fee above 3,000 USD. In the period 2023-2025 I have paid housing rent above 34,120 USD. In the period 2023-2025 I have paid insurances above 11,000 USD. According to the bank statement in the year 2025 from January to June my average monthly income was 11,300 USD and I have got a second truck and hired a second driver. It is to start and develop my small business in the US (Proof 03).

I moved to the US on 09/20/2023 to Florida and started to visit English Talk School up to January, 2024 and have got an English speaker certificate. I moved from Florida to Pennsylvania on January 23, 2024, settled temporarily in a hotel and started looking for a place to live and in two weeks found one at 3131 Meetinghouse Road apt. E4, 19061, Upper Chichester. Then I started working on my own track on April 16, 2024, after receiving a company registration number and an insurance card (Proof 04).

On April 5, 2024 when I returned to my house after work, I could not enter my own apartment because the lock had been broken and there were traces of a break and interfere with the front door in my apartment at address: 3131 Meetinghouse Road, Ap.E4, Upper Chichester, PA, 19061. I immediately reported the incident to the cottage town administration and sent video evidence. On June 17, 2024, probably in Alabama State, while driving on my own box track, I had to brake sharply and some unknown object fell out from under the dashboard. It was a GPS-tracker, a tool for tracking cars. Also Applestore checked spyware on my laptop and smartphone due to my laptop and smartphone being permanently overheated. When I returned to my house 08/12/2024 I reported to Upper Chichester Police Department about stalking and spying and transferred evidence to Police officer Jayson Yaletchko but he responded that there was no criminal in those actions and refused to prosecute my case. I was scared and disappointed, I got to Marcus Hook hospital with chest pain and heart rate high, and an antidepressant was prescribed to me (Proof 05).

After I decided to move to Iowa State on 10/23/2024 I signed a lease agreement with landlord Nathan Trappe at 307 S Water St, Monona, Iowa, 52159 and continued providing my logistic business. In November of 2024 I posted about spying and stalking on my Facebook page and after some period of time started a massive stalking and chasing me and threats by phone calls were received. On 01/11/2025 when I was in Florida to repair my second truck Mercedes Sprinter I met a few Ukrainians I knew before, we had a rest in the evening and visited a night club in Hollywood Florida. On the next day I start to feel strong pain in my stomach and 01/13/2025 I have experienced blood vomiting, diarrhea, strong headache, strong abdominal pain, breathing difficulties, trouble

speaking, confusion, shock, fatigue and an increased heart rate. I reported it to my PCP in Monona Family Medicine Donna Lawlor, MD at 101 Franklin St, Monona, IA 52159 as soon as I can and she agreed it can be high dose organic mercury poisoning but after a few days she changed her opinion and stopped moving ahead with the poisoning diagnosis, also she hid my Vitamin B12 deficiency in blood test and prescribe me a Omeprazole with fact the studies reviewed clearly show that omeprazole therapy will decrease the absorption of vitamin B12 by preventing its cleavage from dietary proteins, according to National Medicine library, source: https://pubmed.ncbi.nlm.nih.gov/10369631/ (Proof 06).

In January of 2025 at 307 S Water St, Monona, IA hidden cameras in my bedrooms, livingroom, bathroom and garage were installed I believe. February of 2025 massive chasing and spying by anonymous persons have been started in all US States. On 05/08/2025 I returned my second credit vehicle Mercedes Sprinter to the Bristol AutoMall dealership at address: 7402 Bristol Pike, Levittown, PA, 19057 with manager Paul Hudzen it was previously bought, and informed WestLake Finance company due to the facts that I didn`t be able to continue my work in such conditions when massive stalking and intimidation have been continued (Proof 07).

In March, 2025 I tried to report about chasing and threats to Clayton County Sheriff's Office in Iowa at address 22680 230th St, St Olaf, IA 52072 but I was denied. Later, 03/12/2025 I tried to report the same to the Federal Bureau of Investigation in Omaha Nebraska at 4411 S 121st St, Omaha, NE 68137 where two officers attentively heard me but I was denied. Massive stalking and chasing have continued, suspects followed me on highways, stores, gas stations, filming all my actions, parking their cars close to my truck, every night knocking on my car doors, I became depressed and scared with the fact that the Police did not want to help me. 06/17/2025 when i was at home around noon I felt severe pain in my chest on the left side and began to lose consciousness, but I was able to get to the family medicine Mercyone clinic in Monona, which had already referred me to MercyOne Hospital in Elkader in-the emergency department 901 Davidson St, Elkader, Iowa, 52043. In the emergency department doctors started giving me medication because I was too depressed and weak, the doctors at the clinic, despite my panic condition, immediately interrogated me and began to-ask various questions, which at that moment were difficult for me to answer. Based on my answers that I had started to search in google death shoot, on the same day doctors of Mercy One Elkader hospital hid my abnormal lab blood test that probably can show a poisoning instead transferred me to a Northeast Mental Health Centre Eagle View Behavioral Health at 770 Tanglefoot Ln, Bettendorf, Iowa, 52722, where I was tortured: my personal belongings were taken away, I was not given normal conditions, I was presented from

sleeping, I was forced to sleep on the floor in the hall because they have no separate room for me, I was also offered terrible quality cold food that I could not eat. After my demands to let me go, they took me back to my house on the third day (Proof 08).

 06/25/2025, when I came back to my house on 307 S Water St, Monona, Iowa, I checked my front door lock was damaged and traces of it interfering with the door and also my window in the garage was opened and internal window shield was removed and traces of it interfering in the garage. When I walked in my house, I checked a lot of documents and my belongings were stolen from the house and garage. Suspects interested in just documents and sim cards but not interested in my money or laptop. I have reported it to the Monona Police Department at 104 E Center St, Monona, IA 52159 with officer Austin Wille but the case was not investigated. 07/12/2025 a lot of people started chasing me, filming me, following me in the Pilot station parking lot at 400 Haynes St, Sturbridge, MA 01566. Black man in a gray Mercedes with shooted windows with temporary NJ registration blocked my car in parking and tried to intimidate me. After that at 10.00 PM I tried to report to Sturbridge Police Department at 346 Main St, Sturbridge, MA 01566 about stalking and intimidation but the Police Officer too close Earl Dessert, Chief of Police Department, came to me after my report and said: "You are sick on your head, get out!". On the next morning, 07/13/2025, I was too scared and tried to escape from the US to Canada and ask for asylum but I was returned to the US by Canadian border officers. 08/20/2025 - checked that somebody hacked my driver`s door in my car and my car`s door lock was broken (Proof 09).

 08/2025 - My neighbor's house at 305 S Water St, Monona, IA, 52159 was occupied by anonymous people, who covered all the windows by black fabric and installed a high energy machine in front of my bedroom windows, they followed me 24/7 when I go for a walk in the park, they follow me with their dogs. They also constantly throw various unfamiliar things into my truck or into my house. They constantly monitor everything I buy at grocery stores. I reported all this to the Monona Police Department, but they did nothing (Proof 09).

 09/30/2025 after taking two oranges from my refrigerator, I immediately started to feel a bitter taste in my mouth and numbness, a few hours later a huge pain in my gut. Again I started to feel symptoms close to heavy metal poisoning. I have reported it to my PCP Donna Lawlor, MD but she was busy and had no time for me. Then I reported many times to the Monona Police Department, Clayton County Sheriff Office, to Iowa senators Joni Ernst and Charles E. Grassley, to Iowa General Attorney, to Clayton County General Assistance, to Volunteer organizations, to my health Insurance company Wellmark, to Iowa Office of Ombudsman, but I was denied everywhere (Proof 10).

 On 11/01/2025 I went to Mercyone Elkader Hospital in the emergency department at 901 Davidson Street, Elkader, Iowa, 52043. I reported possible poisoning and

symptoms and asked for a toxicology screening of blood and hair for heavy metals in my body. The doctor also initially refused to take these tests, calling my symptoms similar to gluten intolerance, even saying that the blood in the stool could be from a gluten allergy. I barely managed to persuade him to order simple blood tests and blood tests for heavy metals but unfortunately blood tests can not show toxic exposure in my body. After passing the simple tests, the doctor said that they were absolutely fine and I was healthy, and also that my heavy metals tests would be done in Dubuque, Iowa State, in a few days and asked me to discharge in an emergency, after which I left the hospital building. When I returned home, I opened my blood test results and again saw that they were not in perfect condition and there were several abnormalities, including a sodium deficiency in my body, which could lead to a coma.

11/30/2025 - I escaped from Iowa to the East. 12/03/2025 - I have got a CT scan in Boston Central Hospital which showed my liver and lungs are damaged.
12/03/2025 - moved to Augusta, Maine and started living on the street. 12/12/2025 I have got appointment to my PCP Eric Lynch, MD at 15 Enterprise Drive, Augusta, ME 04330 and started to tell him all my symptoms close to heavy metal poisonong like skin rash, constipation, joint pain, blood in my stool and abdominal pain, but he started insult me and called me "paranoid" and if I would not like get a cream or steroids he asked me to leave building of Augusta Family Medicine.
12/08/2025-01/17/2025 a lot of reports to Augusta Police Dep and other neighborhood Departments about stalking. 12/29/2025 - I checked hacking traces of my driver`s door again in my truck in two places. 12/31/2025 on 8:10 PM I was stalked by a person in a gray Nissan Frontier with plate number 9877A9 in the backyard of Home Depot Store in Augusta 26 Stephen King Dr. After one hour I came to Augusta Police Dep to file a report and meet with officer Worster. He started to insult me, call me paranoid, seek on my head, and said go away, when I respond I will be waiting to report, he started threatening me with arrest. And later 01/17/2025  I received a trespass notice from Augusta Police Dep on 11:30 PM to stop entering the territory of Augusta Home Depot store and Augusta Market Place and second no trespass to Augusta City Center.
02/03/2026 - I have started to feel a strong pain in my right abdominal side and try to get help in the Emergency department of Maine Medical Center on 22 Bramhall St, Portland, ME, 04102. After the ultrasound diagnosis I have been waiting for a hepatitis blood test in the waiting area of the Emergency department. Near 7.00pm-7.30pm a nurse came to me and said that I have been discharged and asked to follow her to the front desk. When I came to the desk I reported I was waiting one more blood test as the doctor said. After that another nurse in a red uniform immediately came to me and started screaming "Get out", she repeated this phrase 5 times after that and started to threaten me with arrest and called security officers. When officers walked into the Emergency department she continued following me and screaming, intimidating, insulting me, and repeated "Get out"

more than 10 times, then she started screaming "Ukrainian" two times. Security officers and a lot of patients witnessed the actions of nurses, officers and other staff and American patients started apologizing to me. After I'm done with the hepatitis test I walk out of the Emergency department and call 911 to report harassment and threats. The police officer refused to come to the Emergency department and documented this case. Then I headed to Portland Police Department to report about what happened and officer Ezepek refused my report and said there were no illegal actions. In the hospital I was disappointed and can not remember the name of that nurse but a lot of witnesses saw it and I am sure they can approve it.

03/06/2026 Office of my new PCP Kewin Rwigamba, MD finally denied me a toxicology screening, according to my heavy metal blood test that did not show toxic exposure in my blood and urine tests but I explained to doctors that in chronic or long period poisoning heavy metal toxins rapidly exit the bloodstream to store themselves in soft tissues, bone and organs, making blood and urine tests unreliable for chronic exposure (Proof 11).

    Finally, on 10/07/2025 I applied for Employment Authorization To USCIS with a 180-day gap but still don't have any response. I asked for help from Maine senators Susan Collins and Angus King but I was denied. I asked for help in Augusta General Assistance but I was denied, I asked for help in Pine Tree Legal at 39 Green St #7436, Augusta, ME 04330 but I was denied, I asked for help in Augusta City Manager and Mayor and Augusta Police Chief but never response, I asked for help in Maine General Attorney but I was denied, I asked for help in Augusta District Court at 1 Court St, Augusta, ME 04330 but I was delayed three times with fact that I probably poisoned and every next day I getting worse with my symptoms (Proof12).

    I ask for help and protection:
1. To prosecute my case as a crime, and start an investigation.
2. To get a protection order from stalking, torturing and harassment.
3. To assign toxicology screening of my bones, joints and soft tissues to check toxic exposure in my body and start treatment.
4. Initiate Victim Assistance Program from 06/2025.
5. Order USCIS to approve my Employment Authorization Document for a 540-day period.

Vasyl Chubirko _____   03/09/2026