UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

VASYL CHUBIRKO,                          )
                                         )
            Plaintiff,                   )
                                         )
      v.                                 )      No. 1:26-cv-00122-JAW
                                         )
UPPER CHICHESTER TOWNSHIP                 )
POLICE DEPARTMENT, et al.,                )
                                         )
            Defendants.                  )

**ORDER AFFIRMING THE RECOMMENDED DECISION OF THE
MAGISTRATE JUDGE**

On March 9, 2026 Plaintiff, a Ukrainian asylum seeker, filed a complaint alleging various police departments and medical departments across several states did not adequately respond to his reports of criminal activity.  *Compl.* (ECF No. 1).  Plaintiff also filed an application to proceed without prepayment of fees, *Application to Proceed in District Ct. Without Prepaying Fees or Costs* (ECF No. 3), which the Court granted.  *Order* (ECF No. 6).  On April 4, 2026, the Magistrate Judge issued his recommended decision in accordance with 28 U.S.C. § 1915, recommending dismissal for failure to allege sufficient facts to support an actional claim.  *Recommended Decision after Review of Pl.'s Compl.* (ECF No. 7).  No objection having been filed to the Magistrate Judge's Recommended Decision, the Recommended Decision is accepted.

The Court has reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; the Court concurs

with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determines that no further proceeding is necessary.

Accordingly, it is hereby ORDERED that the Petitioner's Complaint (ECF No. 1) is DISMISSED without prejudice

SO ORDERED.

/s/ John A. Woodcock, Jr.
JOHN A. WOODCOCK, JR.
UNITED STATES DISTRICT JUDGE

Dated this 30th day of April, 2026